UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ANTONIO BARAJAS-RAMIREZ,<br><br>Defendant. | Case No.  14-mj-71303-MAG-1 (KAW)<br>14-cr-00637-YGR-2 (KAW)<br><br>ORDER TO SHOW CAUSE |

Defense counsel Linda Fullerton failed to appear at the arraignment for Defendant Jose Antonio Barajas-Ramirez on January 21, 2015.  As a result, her client had to waive his right to a speedy trial so that his arraignment on the Information could be continued to January 28, 2015 at 9:30 a.m.

Accordingly, defense counsel is ORDERED TO SHOW CAUSE, in writing, no later than January 26, 2015, why she should not pay monetary sanctions in the amount of $500 for her failure to appear at her client's arraignment.

The hearing on the order to show cause will be held at the January 28, 2015 arraignment.

IT IS SO ORDERED.

Dated: January 21, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge